IDA WASSERBERGER, Appellant, v. HERMAN WASSERBERGER, Respondent.— On argument, order adjourning action and relieving defendant of the payment of alimony until the trial modified by striking therefrom those portions thereof which suspend the payment of alimony, and as so modified affirmed, without costs. In view of the foregoing the appeal from the order denying motion to vacate said order is dismissed. Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ., concur.

JOHN WILKINSON, an Infant, by SARAH COLE, His Guardian ad Litem, Appellant, v. ISAAC FLEISHMAN, Doing Business under the Assumed Firm Name and Style of FLEISHMAN FURNITURE COMPANY, Respondent.— Judgment reversed on the law, with costs, and judgment directed for the plaintiff for $188, with interest from May 31, 1930, with costs. The plaintiff, an infant, made a purchase of furniture from the defendant amounting to $298 on which at various times he paid $188. This purchase was made in contemplation of his marriage at a future date not then determined. He had no house or apartment in which to place this furniture and it was not delivered but withheld by the seller admittedly until the contract was completed by paying the balance. Shortly after the purchase the engagement was broken and the marriage never took place. It may be that if the infant had been married the furniture would, under the circumstances, have been necessaries. We do not determine that question. But with his marriage and the furnishing of a home *in prospectu* only, they were not necessaries to this infant at the time of the sale. The contract was executory in its nature. (*Rice v. Butler*, 160 N. Y. 578, 582.) The plaintiff had had no benefit thereunder and the contract, like almost all contracts of an infant, was voidable and might be rescinded. (*Sparman* v. *Keim*, 83 N. Y. 245, 250; *Chapin* v. *Shafer*, 49 id. 407, 412.) Lazansky, P. J., Young, Hagarty, Tompkins and Davis, JJ., concur.

CLINTON TRUST COMPANY, as Successor Trustee, etc., Respondent, v. 142–144 JORALEMON STREET CORPORATION and Others, Defendants, and BROOKLYN HEIGHTS MEDICAL BUILDING, INC., and PHILIP LESCHNIK, Appellants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ.

BANK OF MANHATTAN TRUST COMPANY, Respondent, v. C. & W. CONSTRUCTION Co., INC., and Others, Appellants, and THOMAS J. MURPHY, Defendant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ.

EARL B. BARNES, Respondent, v. BRAINARD AVERY and Another, Appellants.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Young, Hagarty, Tompkins and Davis, JJ.